UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

MARY SEGUIN,

*Plaintiff,*

VS.                                                                         Civil Action No. 1:23-cv-00034-WES-PAS

RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS and TIMOTHY FLYNN in their individual and official capacities; GERO MEYERSIEK,

*Defendants*

### MARY SEGUIN'S DECLARATION

I, MARY SEGUIN ("Plaintiff"), resident of the State of Texas, in good faith, certify, declare, verify and state pursuant to 28 U.S. Code sec 1746, under penalty of perjury that the foregoing is true and correct:

1. The above matter Complaint I filed on January 23, 2023, asserts novel claims that:
    a. Have not previously been raised in this court;
    b. Do not rise out of matters previously litigated in this court.

2. I certify that this action arises from the formation of a contract on **December 7, 2021**. "The injunction does not prevent Mary Seguin from filing a notice of appeal, from defending herself in any lawsuit, or from pursuing any meritorious claims which have arisen or **may arise in the future against any defendant**, which may be appropriately filed in this court."

3. I certify that the above is true and correct.

Declaration Executed on January 23, 2023 by Mary Seguin

_____
Mary Seguin