**Meghan Kenny**

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Monday, January 23, 2023 6:17 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Re: New Case Filing -- District of Rhode Island |
| **Attachments:** | MARY SEGUIN Declaration 012323.pdf |

**CAUTION - EXTERNAL:**

Good afternoon,

My apologies, I attached the wrong file. Kindly find attached the correct Declaration file.

Please do not hesitate to contact me if you have any questions at (281) 744-2016 or maryseguin22022@gmail.com.

Thank you.

Respectfully submitted,
Mary Seguin


On Mon, Jan 23, 2023 at 4:54 PM Mary Seguin <maryseguin22022@gmail.com> wrote:
> Good afternoon, Clerk of the U.S. District Court:
>
> Thank you for your email below. In compliance with the attached text order you sent me under Case Number: 1:23-cv-00034-WES-PAS, I respectfully file with the Court my attached sworn Declaration under 28 U.S. Code § 1746 that the Complaint I filed asserts novel claims.
>
> Please do not hesitate to contact me by email, maryseguin22022@gmail.com or call (281) 744-2016, with any questions.
>
> Respectfully submitted,
> Mary Seguin
>
>
> On Mon, Jan 23, 2023 at 4:07 PM RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:
>> Dear Ms. Seguin: The Court entered the attached text order regarding your recent new case filing. A copy of the order has also been mailed to you at the address listed on your complaint. If you have any questions, please contact the Clerk's Office at the number below.
>>
>>
>> Clerk's Office
>>
>> United States District Court

District of Rhode Island

1 Exchange Terrace

Providence, RI 02903

(401) 752-7200

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.