# Exhibit A



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| MARY SEGUIN<br><br>*Plaintiff(s)*<br>v.<br>RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; KEVIN TIGHE, MONIQUE BONIN; FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN; GERO MEYERSIEK<br>*Defendant(s)* | Civil Action No. 1:23-cv-00034-WES-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES; Kevin Tigue, Monique Bonin, Frank DiBiase, Wendy Fobert, Karla Caballeros, Timothy Flynn

77 Dorrance Street, Providence, RI 02903

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mary Seguin    PO BOX 2022 Houston TX 77019
Email: maryseguin22022@gmail.com
Phone: (281) 744-2016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 23, 2023

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LISA PINSONNEAULT , who is designated by law to accept service of process on behalf of *(name of organization)* ATTORNEY on *(date)* 1-30-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1-30-23.

Deputy Sheriff Russell D Embry #42
*Server's signature*

Russell D Embry Deputy Sheriff
*Printed name and title*

670 New Lowdad Ave Cranston RI
*Server's address*

Additional information regarding attempted service, etc: