UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

MARY SEGUIN,

*Plaintiff,*

VS.                                                      Civil Action No. 1:23-cv-00034

RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE,
MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS and TIMOTHY FLYNN
in their individual and official capacities; GERO MEYERSIEK,

*Defendants*

## **ENTRY OF DEFAULT**

      Plaintiff MARY SEGUIN requests that the clerk of court enter default against defendants
RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES, KEVIN TIGHE, MONIQUE BONIN, FRANK
DIBIASE, WENDY FOBERT, KARLA CABALLEROS and TIMOTHY FLYNN pursuant to Federal Rule of
Civil Procedure 55(a).  It appearing from the record that  the aforesaid defendants have failed
to plead or otherwise defend, the default of defendants RHODE ISLAND OFFICE OF CHILD
SUPPORT SERVICES, KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA
CABALLEROS and TIMOTHY FLYNN is hereby entered pursuant to Federal Rule of Civil Procedure
55(a).

      Dated this _____ day of _____, 2023.

_____
Clerk of Court