# Exhibit A

Case Number: K20010521M
Filed in Providence/Bristol County Family Court
Submitted: 2/16/2023 12:49 PM
Envelope: 3990084
Reviewer: Will S.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, S.C.                                                      FAMILY COURT

State of Rhode Island ex rel.         :
GERO MEYERSIEK                   :
    *Plaintiff*                                  :
                                           :
VS.                                                  :          DOCKET NO: K010521M
                                           :
                                           :
MARY SEGUIN                       :
    *Defendant*                         :

## **ORDER**

This matter came on for hearing before Magistrate Armando O. Monaco on February 10, 2023 by WebEx hearing, and after hearing thereon and due consideration thereof, it is hereby:

### ORDERED, ADJUDGED, AND DECREED

1) This matter is continued to June 8, 2023 for hearing, and all other pending motions at 2:00 PM.

2) The Plaintiff and the Defendant were present.

3) The Court takes judicial notice of the interest waiver and orders interest put back on the system without prejudice to the Defendant, and orders the State to provide the requested documents made by the Defendant to show the agreement.

4) The Court continues the matter to allow the Defendant the opportunity to dispute the interest, and Defendant is granted additional time to submit additional requests and interrogatories as she needs after receiving documents from the State.

5) The Court takes judicial notice of the May 24, 2012, and September 25, 2012 orders of Justice McCann.

Case Number: K20010521M
Filed in Providence/Bristol County Family Court
Submitted: 2/16/2023 12:49 PM
Envelope: 3990084
Reviewer: Will S.

6) The Court heard the State's Motion to Toll time and the State agrees it does not need any further additional time to comply with Defendant's request for documents and will comply forthwith with discovery. The Defendant's Motion to Compel is granted by agreement of the State.

7) The Defendant's Motion for Extension and Motion for Continuance is granted, to June 8, 2023.

8) This matter has been continued. On the next hearing date and time the parties are instructed and required to call the Family Court Courtroom at 1-617-315-0704 and enter Access Code 2633 070 4024. Alternatively, the parties may choose to participate by Webex Website https://ricourts.webex.com/meet/garrahy5f

Presented by:

*Mary Seguin*

Mary Seguin
Plaintiff, Pro Se

Entered as an Order of this Honorable Court:
ENTER:

_____
MAGISTRATE ARMANDO O. MONACO

DATE: _____

## CERTIFICATION

I hereby certify that on February 16, 2023, a copy of the within ORDER was emailed to paul.gould@dhs.ri.gov and dhs.courtfile@dhs.ri.gov

_____
*Mary Seguin*

Page 2 of 2