UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


MARY SEGUIN,

    Plaintiff,


        v.                           CA No. 23-cv-34-WES

RHODE ISLAND OFFICE OF CHILD
SUPPORT SERVICES, et al.

    Defendants.


### JUDGMENT

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Text Order entered on September 28, 2023, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil action.


    It is so ordered.

    September 28, 2023           By the Court:


                                      /s/ William E. Smith
                                      United States District Judge